JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor, by and through his parents, NEIL POPOWITZ and AMY FREILICH; NEIL POPOWITZ and AMY FREILICH on their own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; LOS ANGELES UNIFIED SPECIAL EDUCATION LOCAL PLANNING AREA, and DOES 1 to 10,<br><br>Defendants. | CASE NO. CV 09-01083 MMM (MANx)<br><br>JUDGMENT FOR PLAINTIFFS |

On February 16, 2011, the court issued findings of fact and conclusions of law, granting plaintiffs' appeal from an administrative ruling as to whether the district had denied J.P. a FAPE by committing procedural violations of the IDEA that impeded his parents' right to meaningful participation in the IEP process and/or caused a loss of educational benefits. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the findings of Office of Administrative Hearings Administrative Law Judge ("ALJ") Glynda B. Gomez with respect to whether the district denied J.P. a FAPE by committing procedural violations of the IDEA that impeded his parents' right to meaningful participation in the IEP process and/or caused a loss of educational benefits are overturned;

2. That plaintiffs recover the sum of $30,400 as reimbursement for tuition expenses incurred in 2008; and

3. That plaintiffs recover their costs of suit herein.

DATED: February 16, 2011

                                          MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE